UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 24-2286 |
| Plaintiff/Appellee, | | |
| v. | | **STATEMENT OF ISSUES FOR APPEAL BY APPELLANTS WERNER ENTERPRISES, INC. AND DRIVERS MANAGEMENT, LLC** |
| WERNER ENTERPRISES, INC. and DRIVERS MANAGEMENT, LLC | | |
| Defendants/Appellants. | | |

COME NOW Appellants Werner Enterprises, Inc. and Drivers Management, LLC (hereinafter, collectively, "Werner"), by and through undersigned counsel, and submit the following Statement of Issues for appeal in the above-referenced matter:

1. Whether the District Court erred in granting summary judgment for Plaintiff Equal Employment Opportunity Commission ("Plaintiff") on Werner's affirmative defense of undue hardship?

2. Whether the District Court erred in granting summary judgment for Plaintiff on Werner's affirmative defense of direct threat?

3. Whether the District Court erred in submitting Plaintiffs' discrimination claims to the jury, where the jury did not have a legally sufficient

evidentiary basis to conclude Victor Robinson was a qualified individual?

4. Whether the District Court erred in granting Plaintiff's Motion for Directed Verdict on the element of causation and in failing to instruct the jury on the element of causation?

5. Whether the District Court erred in admitting certain unfairly prejudicial and irrelevant evidence and in excluding other highly relevant evidence, including by:

   a. Admitting unfairly prejudicial and irrelevant evidence regarding stray remarks by non-decisionmakers years removed from the employment decision at issue;

   b. Admitting unfairly prejudicial and irrelevant evidence regarding the training practices of other trucking companies; and/or

   c. Excluding relevant evidence regarding Charging Party Victor Robinson's safety record as a truck driver.

6. Whether the District Cour erred in submitting the issue of punitive damages to the jury, where the jury did not have a legally sufficient basis upon which to award punitive damages?

7. Whether the District Court erred in instructing the jury on a stand-alone failure to accommodate claim where no such claim was pled and,

2

under the circumstances of this case, a separate instruction on such a claim invites an inconsistent jury verdict?

8. Whether the District Court erred in awarding prejudgment interest?

9. Whether the District Court erred in granting injunctive relief?

WERNER ENTERPRISES, INC. and DRIVERS MANAGEMENT, LLC, Appellants

By: /s/ Elizabeth A. Culhane
Elizabeth A. Culhane, #23632
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
eculhane@fraserstryker.com
ATTORNEY FOR APPELLEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system this 8th day of July, 2024, which system sent notification of such filing to counsel of record.

/s/ Elizabeth A. Culhane

3245980v1