# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2286

Equal Employment Opportunity Commission

Appellee

v.

Drivers Management, LLC and Werner Enterprises, Inc.

Appellants

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:18-cv-00462-JMG)

___

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until August 20, 2024 to file the brief and appendix.

August 01, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik